UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CYNTHIA C. ROLLERI, | ) | 3:16-cv-00014-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (ECF No. 17) filed on December 5, 2016, in which the Magistrate Judge recommends that this court enter an order granting plaintiff's motion for remand (ECF No. 11), denying defendant's cross-motion to affirm (ECF No. 14), and remanding the matter to the Administrative Law Judge. No objections to the report and recommendation have been filed and the time for filing any objections has expired. The court has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby ADOPTS AND ACCEPTS the report and recommendation of the United States Magistrate

Judge (ECF No. 17). Therefore, plaintiff's complaint is dismissed without prejudice and this matter is remanded to the Administrative Law Judge for further proceedings consistent with the report and recommendation of the Magistrate Judge. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 23rd day of January, 2017.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE