UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA C. ROLLERI, | 3:16-cv-00014-HDM-WGC |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

The court has considered the Report and Recommendation of the United States Magistrate Judge (ECF No. 28) filed on March 21, 2019, in which the Magistrate Judge recommends that this court grant plaintiff's motion for attorney's fees (ECF No. 26), and award $17,000 in attorney's fees under 42 U.S.C. § 406(b), with an offset to Plaintiff of $2,500 for the fees awarded under the Equal Access to Justice Act. No objections to the Report and Recommendation have been filed, and the time for doing so has expired.

The court hereby **ADOPTS AND ACCEPTS** the Report and Recommendation (ECF No. 28). Therefore, plaintiff's motion for attorney's fees (ECF No. 26) is **GRANTED**. Plaintiff's counsel is awarded $17,000 in fees with an offset to plaintiff of $2,500 for fees awarded under the EAJA.

**IT IS SO ORDERED.**

DATED: This 16th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

1